IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE LAKE STATES, INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) ) Case No. 08 CV 2786 |
| v. | ) ) JUDGE ZAGEL |
| MS-GRAND BEDFORD PARK, INC., BRIAN YOUNG, and BLANCA E., on her own behalf and as next friend for N.E., a minor child | ) ) ) MAGISTRATE JUDGE COX ) |
| Defendants. | ) ) ) |

## NOTICE OF DISMISSAL

Plaintiff **HARLEYSVILLE LAKE STATES INSURANCE COMPANY**, by its attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice.

Dated: May 30, 2008

Respectfully submitted,


By:  /s/ John Piegore


John J. Piegore
Edric S. Bautista
Sanchez Daniels & Hoffman LLP
Attorneys for Harleysville Lake States Insurance Company
333 West Wacker Drive, Suite 500
Chicago, Illinois  60606
Phone: 312.641.1555
Facsimile: 312.641.3004


F:\DATA\HISTORY\HV\86599\Notices\Rule41NoticeOfDismissal.05.30.08.doc

CHGO1\30324449.1